In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-23-00155-CV
_____


IN THE INTEREST OF L.D.B. AND L.D.B.


**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-213,320-C**


**MEMORANDUM OPINION**

M.D.B.[1] appealed the trial court's final order modifying a support order in a suit affecting the parent-child relationship. M.D.B., who is the appellant, did not pay the filing fee for the appeal.

On July 10, 2023, we notified the parties that the appellant had not remitted the filing fee, and we warned the appellant that the appeal would be dismissed without further notice unless the filing fee was paid by July 5, 2023.

---

[1]We refer to the appellant by his initials. *See* Tex. Fam. Code Ann. § 109.002(d).

On July 19, 2023, the District Clerk notified the Court that the appellant had failed to pay or to make the arrangements necessary for the District Clerk to prepare the clerk's record. Consequently, we notified the parties that the appellant had not established indigent status, that the clerk's record had not been filed due to the appellant's failure to pay or to arrange to pay the fee required to prepare the clerk's record. We also warned the appellant that the appeal would be dismissed for want of prosecution unless the appellant established that he had made the arrangements required to pay the fee or that he needed more time to do so. *See* Tex. R. App. P. 37.3(b).

After the Clerk sent the parties a letter warning of the consequences of a failure to take the action necessary to file the clerk's record, the Court did not receive a response. In the absence of a satisfactory explanation that justifies the appellant's failure to pay or make the arrangements needed to pay for the clerk's record to support his appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 23, 2023
Opinion Delivered August 24, 2023

Before Horton, Johnson and Wright, JJ.

2